AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JENNA MACIAS,

       Plaintiff,   JUDGMENT IN A CIVIL CASE
  V.

                           CASE NUMBER:  **3:10-CV-142-ECR-RAM**

JOHN KING and JOHANNA KING, et al.,

       Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' [13] Motion to Dismiss is GRANTED.

March 28, 2011                                                   **LANCE S. WILSON**
   Date                                                                        Clerk

                                                                         /s/   M. Campbell
                                                                           Deputy Clerk